**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 01-60141
_____


FIRST TENNESSEE BANK NATIONAL ASSOCIATION,

Plaintiff-Appellant,

VERSUS

TRUSTMARK NATIONAL BANK,

Defendant-Appellee.
_____

Appeal from the United States District Court
For the Southern District of Mississippi
(3:99-CV-859)
_____
August 8, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court essentially for the reasons stated in its October 6, 2000 <u>Memorandum Opinion and Order</u>. For reasons given in that opinion, the district court correctly granted Trustmark's supplemental motion for judgment on the pleadings. Moreover, the district court did not abuse its discretion by denying First Tennessee's motion to alter or amend the final judgment. In its first amended complaint, First Tennessee did not allege a conversion claim that was independent of

---

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1

the Mississippi Uniform Commercial Code and the security agreement. We also conclude the district court did not abuse its discretion in refusing to allow First Tennessee to amend its complaint following the district court's entry of judgment with prejudice.

Thus, the district court's judgment is AFFIRMED.